# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Rebecca M. Randles
**CC:** Jeffrey P. Ray

**FROM:** Diane N. Sturgeon

**DATE:** August 11, 2025

**RE:** 25-1465  Sara Dobbins v. Brooke L. Rollins

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__X__  REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)

  __X__  References to the appendix are incorrect. References to the appendix should have the district court documents consecutively filed and paginated in numerical order. (e.g., 10-8; 16-5, 16-7, 16-8; 29-1, 29-2, 29-3, 29-4, 29-5; 31)
  *References to district court documents in the appendix do not reflect this. District court documents must be rearranged, if necessary, in appendix. See especially –but not limited to- references to R. Docs. 10; 16; 29; and 31 and their page numbers.*

***NOTE*** **Citations to the appendix and record must keep in consistent formatting. Please review all record citations to ensure the appendix volume number is present and correct, page number(s) are present and correct, and complete R. Doc. citations are present and correct.**

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.